Motion denied.
PFEIFER, COOK and LUNDBERG STRATTON, JJ., dissent.

**97–746. State v. Bass.**
Stark App. No. 1995CA00347. On motion for leave to file delayed appeal. Motion granted.
DOUGLAS and F.E. SWEENEY, JJ., dissent.

**97–747. State v. Sizemore.**
Cuyahoga App. No. 69944. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., RESNICK and PFEIFER, JJ., dissent.

**97–752. State v. Phelps.**
Cuyahoga App. No. 69157. On motion for leave to file delayed appeal. Motion denied.

**97–766. State v. Samples.**
Hamilton App. No. C–960241. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., PFEIFER and COOK, JJ., dissent.

**97–767. State v. Bowen.**
Licking App. No. 95CA22. On motion for leave to file delayed appeal. Motion denied.
PFEIFER, J., dissents.

**97–768. State v. Bowen.**
Licking App. No. 96CA80. On motion for leave to file delayed appeal. Motion denied.
PFEIFER, J., dissents.

## DISCRETIONARY APPEALS ALLOWED

**97–517. George v. Ohio Bur. of Workers' Comp.**
Montgomery App. No. 16081.
PFEIFER, COOK and LUNDBERG STRATTON, JJ., dissent.

**97–534. State v. Nemeth.**
Jefferson App. No. 95JE32.
PFEIFER and COOK, JJ., dissent.

**97–565. Rulli v. Rulli.**
Mahoning App. No. 94 C.A. 134. Discretionary appeal allowed; *sua sponte,* cause held for the decision in 96–249, *Rulli v. Fan Co.,* Mahoning App. No. 94 C.A. 14; briefing schedule stayed.
F.E. SWEENEY, J., dissents.
DOUGLAS, J., not participating.

**97–567. Cope v. Metro. Life Ins. Co.**
Columbiana App. No. 95CO46.
MOYER, C.J., and COOK, J., dissent.

**97–628. State v. Perry.**
Hamilton App. No. C–960297.
RESNICK, COOK and LUNDBERG STRATTON, JJ., dissent.